The Honorable Ronald B. Leighton

11-CV-05591-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CARLA CHANNELL, in her capacity as the Personal Representative of the Estate of Charles F. Channell, Deceased,<br><br>                    Plaintiff,<br>vs.<br><br>ANTOINE JOHNSON,<br><br>                    Defendant. | CASE NO. CV11-5591RBL<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO REMAND |

      Plaintiff's Motion to Remand to State Court [Dkt. 6] came on before this court. Having considered the papers filed in connection with and in opposition to said motion, the court hereby GRANTS Plaintiff's Motion to Remand to State Court and hereby remands this action to the Grays Harbor County Superior Court.

      Dated this 20th day of September, 2011.

                                          /s/ Ronald B. Leighton
                                          UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION TO REMAND — 1

PHILLIPS, KRAUSE & BROWN
ATTORNEYS AT LAW
101 E. MARKET ST., STE 525
ABERDEEN, WASHINGTON 98520
(360) 532-8380  FAX (360) 533-2760